IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:25-cv-00414-NCC |
| v. | ) | |
| | ) | |
| ELEVEN FOURTEEN OLIVE, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANTS**

Plaintiffs Broadcast Music, Inc., as agent for Broadcast Music, LLC, Warner-Tamerlane Publishing Corp., Stone Diamond Music Corp., E.O. Smith Music, EMI Blackwood Music Inc., Sony/ATV Songs LLC, House of Gaga Publishing LLC, and Redone Productions LLC d/b/a Sons of Redone, and Defendants Eleven Fourteen Olive, LLC, and Carrie Harris hereby notify the Court and all parties that the Parties have reached a settlement in principle of all claims between the Plaintiffs and Defendants in this matter. The Parties anticipate that a stipulated notice of voluntary dismissal with prejudice will be filed within the next forty-five (45) days.

Dated: July 2, 2026

Respectfully submitted,

| | |
|---|---|
| **EMERSON LAW P.C.** | **ARMSTRONG TEASDALE LLP** |
| | |
| By: ___/s/ *Daniel J. Emerson*___ | By: ___/s/ *Brendan F. McGuire Jr.*___ |
| ___*(per email consent 07/01/26)*___ | |
| Daniel J. Emerson      #56808MO | Brendan F. McGuire Jr.      #76698MO |
| 2601 Macklind Avenue | 7700 Forsyth Boulevard., Suite 1800 |
| St. Louis, MO 63139 | St. Louis, Missouri 63105 |
| 314.499.7287 / FAX: 314.499.7288 | 314.621.5070 / FAX 314.621.5065 |
| dan@emersonlawpc.com | bmcguire@atllp.com |
| | |
| *Attorney for Defendants* | *Attorney for Plaintiffs* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 2, 2026 a true and accurate copy of the foregoing document was filed electronically with the Court, with notice of the filing generated and sent electronically by the system to all parties entitled to service.

*/s/ Brendan F. McGuire*