**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case no.: 4:25-cv-00414-NCC |
| | ) | |
| | ) | |
| ELEVEN FOURTEEN OLIVE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL**

COMES NOW Plaintiffs Broadcast Music, Inc., as agent for Broadcast Music, LLC, Warner-Tamerlane Publishing Corp., Stone Diamond Music Corp., E.O. Smith Music, EMI Blackwood Music Inc., Sony/ATV Songs LLC, House of Gaga Publishing LLC, and Redone Productions LLC d/b/a Sons of Redone, and Defendants Eleven Fourteen Olive, LLC, and Carrie Harris (collectively, the "Parties"), by and through their respective attorneys, and hereby respond to the Court's Order to file a Joint Stipulation of Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii), the Parties stipulate to the voluntary dismissal of this action.

Effective August 19, 2026, the Parties entered a written settlement agreement ("Settlement Agreement") that resolves all issues and controversies in this case. As part of the Settlement Agreement, the Parties separately executed a Consent Judgment retained by Plaintiffs' counsel, to be filed in the event of a breach of the Settlement Agreement.

Under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994), the Parties consent to and request the Court to retain jurisdiction to enforce the terms of their Settlement Agreement up to and including June 15, 2027.

The parties will separately E-Mail to the Court a proposed Agreed Order of Dismissal.

WHEREFORE Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with the stipulation of all parties who have appeared, Plaintiffs voluntarily dismiss the above-referenced action, with each party to bear their own costs and attorneys' fees. Except as provided for above with respect to the enforcement of the terms of the Settlement Agreement, Plaintiffs dismiss this case *with prejudice*.

SUBMITTED AND APPROVED:

ARMSTRONG TEASDALE LLP

By: /s/ *Brendan F. McGuire Jr.*
Brendan F. McGuire Jr. #76698MO
7700 Forsyth Boulevard., Suite 1800
St. Louis, Missouri 63105
314.621.5070 / FAX 314.237.1535
bmcguire@atllp.com

ATTORNEY FOR PLAINTIFFS

EMERSON LAW P.C.

By /s/ *Daniel J. Emerson*
*(per email consent 8.20.26)*
Daniel J. Emerson #56808MO
2601 Macklind Avenue
St. Louis, MO 63139
314.499.7287 / FAX: 314.499.7288
dan@emersonlawpc.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2026 a true and accurate copy of the foregoing document was filed electronically with the Court, with notice of the filing generated and sent electronically by the system to all parties entitled to service.

/s/ *Brendan F. McGuire Jr.*
*Attorney for Plaintiffs*